**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION**

Tammye Davis

(Enter Above the Name of the Plaintiff in this Action)

vs.

D. Scott Finlan inl Service

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

_____

**COMPLAINT**

I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Tammye Davis
Name - Full Name Please - PRINT

11410 Arnecliffe Lane
Street Address

New Albany OH 43054
City, State and Zip Code

614-254-0471
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _____
   Name - Full Name Please

   _____
   Address: Street, City, State and Zip Code

2. _____

   _____

3. _____

   _____

4. _____

   _____

5. _____

   _____

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II.  Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒  Title 28 U.S.C. § 1343(3)
    [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐  Title 28 U.S.C. § 1331
    [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐  Title 28 U.S.C. § 1332(a)(1)
    [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐  Title _____ United States Code, Section _____
    [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>                                    <u>Caption</u>

_____      _____ vs. _____

_____      _____ vs. _____

_____      _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

To move forward with my case to the Highest Extent of the Law please. I have attached a letter along with my case.

I state under penalty of perjury that the foregoing is true and correct. Executed on this _3_ day of _October_, 20_22_.

_____
Signature of Plaintiff

-4-

Case #
2:22-cv-02857

September 21, 2022

Case No. 2:22-cv-2857

To: Chief Judge Algenon L. Marbley & Magistrate Judge Elizabeth P. Deavers

Re: Other Order/Judgments

I Tammye Davis am petitioning the court to allow me to move forward with my motion to file a harassment/discrimination suit against Discover Financial Services.

In September of 2019, my supervisor at the time, Christopher Sauter accused me of making "sexist comments about women", and being disparaging toward new team members.

Christopher accused me of not being a team player, and having "issues working with teams". During my tenure with Discover, I was the recipient of the Most Valuable Player (MVP) and The Most Improved Player (MIP) awards.

In January 2020, Christopher accused me of taking the account of a co-worker and making offensive comments toward this co-worker.

Josh Tomcisin who became my manager when I switched to his team click to chat, accused me of hanging up twice on the same chat customer on two separate occasions. He placed me on a final notice which I refused to sign because I informed him this wasn't true. He kept harassing me to try and get me to sign the notice, but I didn't because, in 2018, I was the victim of information being altered in Discover's audit system.

I would have been terminated, had I not done my research and proved to the Department Manager at the time, Ms. Tammy Smith that I had been set up by my Manager at the time Jason Morgan (who is now deceased), and Jennifer, my job coach. They had provided my login credentials to an employee name Connie who deleted settlement notes on 21 of my accounts.

I emailed a letter to the Chief Executive Officer of Discover, Mr. Roger Hochschild May 17, 2021, where I detailed all of the harassment and discrimination issues I had been experiencing since my tenure at Discover.

A former co-worker, Terri Watkins, retired after 24yrs of working for Discover. Terri is willing to testify on my behalf, as she witnessed the type of harassment I experienced daily at Discover.

Sincerely,


Tammye Davis